## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re:<br><br>Jason L Rapp and Michelle C Rapp,<br><br>Debtor. | Case No. 14-07300-jw<br><br>Chapter 13 |

I, Sean Markham, an attorney with the Markham Law Firm, LLC, do hereby certify that a copy of the ORDER CONFIRMING PLAN AND RESOLVING MOTIONS (filed on 5/6/16) were mailed to the parties below or on the attached list.

Date of Service May 07, 2016         /s/Sean Markham
                                      Sean Markham, I.D. # 10145
                                      Attorney for
                                      P.O. Box 20074
                                      Charleston, SC 29413-0074
                                      843-284-3646

1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-2<br>Case 14-07300-jw<br>District of South Carolina<br>Charleston<br>Fri May  6 19:29:12 EDT 2016 | AMCOL Systems Inc<br>PO Box 21625<br>Columbia SC 29221-1625 | Amcol<br>111 Lancewood<br>Columbia SC 29210-7523 |
| America Home Mortgage Serv<br>PO Box 631730<br>Irving TX 75063-0002 | Ashley Funding Services, LLC its successors<br>assigns as assignee of Syndicated<br>Office Systems, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Ashley Towne Recreational Department<br>PO Box 1693<br>Johns Island SC 29457-1693 |
| Ashleytowne Recreational Development, Inc.<br>c/o Derek F. Dean<br>147 Wappoo Creek Dr., Ste. 604<br>Charleston, SC 29412-2157 | Aspire Resource<br>PO Box 65970<br>West Des Moines IA 50265-0970 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Central Finance Control<br>PO Box 660873<br>Dallas TX 75266-0873 | Central Financial Control<br>P.O. Box 660873<br>Dallas TX 75266-0873 | Chase<br>P.O.Box 15298<br>Wilmington DE 19850-5298 |
| Chase/Bank One Card Serv<br>PO Box 15298<br>Wilmington DE 19850-5298 | Derek Dean Esq.<br>147 Wapoo Creek Dr<br>Suite 604<br>Charleston SC 29412-2157 | Derek F Dean<br>147 Wappoo Creek<br>Ste 604<br>Charleston SC 29412-2157 |
| Desgn Rec<br>1 Centerpointe Dr<br>Ste 450<br>La Palma CA 90623-1089 | Designed Receivable Solu<br>1 Centerpoint Dr<br>STE 450<br>La Palma CA 90623-1089 | Direct Loan SVC System<br>PO Box 5609<br>Greenville TX 75403-5609 |
| Dr Gazes<br>769 St. Andrews Blvd<br>Charleston SC 29407-7164 | Dr. Dennis Gazen<br>769 St. Andrews Blvd.<br>Charleston SC 29407-7164 | GE Money Bank<br>P.O. Box 960061<br>Orlando FL 32895 |
| Homeward Residential<br>1525 Beltline<br>Coppell TX 75019-4913 | Homeward Residential<br>PO Box 631730<br>Irving TX 75063-0002 | Hunoval Law Firm, PLLC<br>501 Minuet Lane<br>#104A<br>Charlotte NC 28217-2710 |
| IRS<br>Centralized & Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | MCM<br>8875 Aero Dr<br>Ste 200<br>San Diego CA 92123-2255 | (p)MUSC PHYSICIANS<br>1 POSTON RD<br>SUITE 350<br>CHARLESTON SC 29407-3431 |
| Sean P. Markham<br>Markham Law Firm, LLC<br>PO Box 20074<br>Charleston, SC 29413-0074 | Medicredit Corp<br>PO Box 1629<br>Maryland Heights MO 63043-0629 | MeditCredit Corp<br>P.O. Box 1629<br>Maryland Heights MO 63043-0629 |

| | | |
|---|---|---|
| Travis E. Menk<br>Brock & Scott, PLLC<br>5121 Parkway Plaza Blvd.<br>Charlotte, NC 28217-1965 | Midland Credit Management, Inc.<br>as agent for MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Midland Funding LLC<br>875 Aero Dr<br>Suite 200<br>San Diego CA 92123 |
| Midland Funding LLC<br>8875 Aero Dr<br>San Diego CA 92123-2255 | Midland Funding LLC<br>8875 Aero Dr<br>Suite 200<br>San Diego CA 92123-2255 | OCWEN Loan Service<br>P.O. Box 24738<br>West Palm Beach FL 33416-4738 |
| Ocwen<br>1661 Wortington Road<br>West Palm Beach FL 33409-6493 | One Main Financial<br>1975 Magwood Dr<br>Ste U<br>Charleston SC 29414-5725 | One Main Financial<br>6801 Colwell Blvd/S Care Dept<br>Irving TX 75039-3198 |
| Jason Rapp<br>2366 Treescape Drive<br>Charleston, SC 29414-6512 | Michelle Rapp<br>2366 Treescape Drive<br>Charleston, SC 29414-6512 | Roper St. Francis<br>PO Box 650292<br>Dallas TX 75265-0292 |
| S.C. Department of Revenue<br>Bankruptcy Department<br>P.O. Box 12265<br>Columbia SC 29211-2265 | S.C. Student Loan Corp<br>P.O Box 102425<br>Columbia, SC 29224-2425 | SYNCB/Belk<br>PO Box 965005<br>Orlando FL 32896-5005 |
| SYNCB/Lowes<br>PO Box 965005<br>Orlando FL 32896-5005 | South Carolina Student Loan<br>PO Box 102423<br>Columbia SC 29224-2423 | The Home Depot/CBNA<br>PO Box 6497<br>Sioux Falls SD 57117-6497 |
| US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly Street<br>Suite 953<br>Columbia, SC 29201-2448 | U.S. Department of Education<br>PO Box 16448<br>St. Paul, MN 55116-0448 | US Department of Education<br>PO Box 5609<br>Greenville TX 75403-5609 |
| Wells Fargo Bank, National Association,<br>c/o Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>P.O. BOX 24605<br>West Palm Beach, FL 33416-4605 | Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines IA 50306-0335 | James M. Wyman<br>PO Box 997<br>Mount Pleasant, SC 29465-0997 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bank of America<br>PO Box 982235<br>El Paso TX 79998-2235 | MUSC Physicians<br>P.O. Box 600077<br>Raleigh NC 27675 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Ashley Towne Recreational Dept<br>P.O. Box 1693<br>Johns Island SC 29457-1693 | (d)IRS<br>Centralized & Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | (d)S.C. Department of Revenue<br>Bankruptcy Department<br>PO Box 12265<br>Columbia SC 29211-2265 |
| (u)Wells Fargo Bank, N.A | End of Label Matrix<br>Mailable recipients    53<br>Bypassed recipients     4<br>Total                  57 | |