# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: | Case No. 14-07300-jw |
| Jason L Rapp and Michelle C Rapp, | Chapter 13 |
| Debtor. | |

I, Sean Markham, an attorney with the Markham Law Firm, LLC, do hereby certify that a copy of the 5/6/16 Order Confirming Plan and Resolving Motions were mailed to the parties below or on the attached list.

Aspire Resource
6775 Vista Drive
West Des Moines, IA 50266-9305

Date of Service May 14, 2016            /s/Sean Markham
                                        Sean Markham, I.D. # 10145
                                        Attorney for
                                        P.O. Box 20074
                                        Charleston, SC 29413-0074
                                        843-284-3646

1