# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: | Case No. 14-07300-jw |
| Jason L Rapp and Michelle C Rapp, | Chapter 13 |
| Debtor. | |

I, Sean Markham, an attorney with the Markham Law Firm, LLC, do hereby certify that a copy of the Notice of Conversion from Chapter 13 to Chapter 7 were mailed to the parties below or on the attached list.

Date of Service July 18, 2016        /s/Sean Markham
                                     Sean Markham, I.D. # 10145
                                     Attorney for
                                     P.O. Box 20074
                                     Charleston, SC 29413-0074
                                     843-284-3646

1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-2<br>Case 14-07300-jw<br>District of South Carolina<br>Charleston<br>Mon Jul 18 14:39:59 EDT 2016 | AMCOL Systems Inc<br>PO Box 21625<br>Columbia SC 29221-1625 | Amcol<br>111 Lancewood<br>Columbia SC 29210-7523 |
| America Home Mortgage Serv<br>PO Box 631730<br>Irving TX 75063-0002 | Ashley Funding Services, LLC its successors assigns as assignee of Syndicated Office Systems, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Ashley Towne Recreational Department<br>PO Box 1693<br>Johns Island SC 29457-1693 |
| Ashleytowne Recreational Development, Inc.<br>c/o Derek F. Dean<br>147 Wappoo Creek Dr., Ste. 604<br>Charleston, SC 29412-2157 | Aspire Resource<br>6775 Vista Drive<br>West Des Moines IA 50266-9305 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bon Secours/Roper St. Francis Hospital<br>PO Box 650292<br>Dallas, TX 75265-0292 | Central Finance Control<br>PO Box 660873<br>Dallas TX 75266-0873 | ~~Central Financial Control~~<br>~~P.O. Box 660873~~<br>~~Dallas TX 75266-0873~~ |
| Chase<br>P.O.Box 15298<br>Wilmington DE 19850-5298 | Chase/Bank One Card Serv<br>PO Box 15298<br>Wilmington DE 19850-5298 | ~~Derek Dean Esq.~~<br>~~147 Wapoo Creek Dr~~<br>~~Suite 604~~<br>~~Charleston SC 29412-2157~~ |
| Derek F Dean<br>147 Wappoo Creek<br>Ste 604<br>Charleston SC 29412-2157 | ~~Desgn Rec~~<br>~~1 Centerpointe Dr~~<br>~~Ste 450~~<br>~~La Palma CA 90623-1089~~ | Designed Receivable Solu<br>1 Centerpoint Dr<br>STE 450<br>La Palma CA 90623-1089 |
| Direct Loan SVC System<br>PO Box 5609<br>Greenville TX 75403-5609 | ~~Dr Gazes~~<br>~~769 St. Andrews Blvd~~<br>~~Charleston SC 29407-7164~~ | Dr. Dennis Gazen<br>769 St. Andrews Blvd.<br>Charleston SC 29407-7164 |
| GE Money Bank<br>P.O. Box 960061<br>Orlando FL 32895 | Homeward Residential<br>1525 Beltline<br>Coppell TX 75019-4913 | Homeward Residential<br>PO Box 631730<br>Irving TX 75063-0002 |
| Hunoval Law Firm, PLLC<br>501 Minuet Lane<br>#104A<br>Charlotte NC 28217-2710 | IRS<br>Centralized & Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Lexington Medical Center<br>2720 Sunset Blvd<br>West Columbia, SC 29169-4810 |
| MCM<br>8875 Aero Dr<br>Ste 200<br>San Diego CA 92123-2255 | (p)MUSC PHYSICIANS<br>1 POSTON RD<br>SUITE 350<br>CHARLESTON SC 29407-3431 | ~~Sean P. Markham~~<br>~~Markham Law Firm, LLC~~<br>~~PO Box 20074~~<br>~~Charleston, SC 29413-0074~~ |

~~Medicredit Corp~~
~~PO Box 1629~~
~~Maryland Heights MO 63043-0629~~

~~MediCredit Corp~~
~~P.O. Box 1629~~
~~Maryland Heights MO 63043-0629~~

~~Travis E. Menk~~
Brock & Scott, PLLC
5121 Parkway Plaza Blvd.
Charlotte, NC 28217-1965

Midland Credit Management, Inc.
as agent for MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011

~~Midland Funding LLC~~
~~875 Aero Dr~~
~~Suite 200~~
~~San Diego CA 92123~~

~~Midland Funding LLC~~
~~8875 Aero Dr~~
~~San Diego CA 92123-2255~~

Midland Funding LLC
8875 Aero Dr
Suite 200
San Diego CA 92123-2255

OCWEN Loan Service
P.O. Box 24738
West Palm Beach FL 33416-4738

Ocwen
1661 Wortington Road
West Palm Beach FL 33409-6493

One Main Financial
1975 Magwood Dr
Ste U
Charleston SC 29414-5725

One Main Financial
6801 Colwell Blvd/S Care Dept
Irving TX 75039-3198

~~Jason Rapp~~
~~2366 Treescape Drive~~
~~Charleston, SC 29414-6512~~

~~Michelle Rapp~~
~~2366 Treescape Drive~~
~~Charleston, SC 29414-6512~~

Roper St. Francis
PO Box 650292
Dallas TX 75265-0292

S.C. Department of Revenue
Bankruptcy Department
P.O. Box 12265
Columbia SC 29211-2265

S.C. Student Loan Corp
P.O Box 102425
Columbia, SC 29224-2425

SYNCB/Belk
PO Box 965005
Orlando FL 32896-5005

SYNCB/Lowes
PO Box 965005
Orlando FL 32896-5005

South Carolina Student Loan
PO Box 102423
Columbia SC 29224-2423

The Home Depot/CBNA
PO Box 6497
Sioux Falls SD 57117-6497

~~US Trustee's Office~~
~~Strom Thurmond Federal Building~~
~~1835 Assembly Street~~
~~Suite 953~~
~~Columbia, SC 29201-2448~~

U.S. Department of Education
PO Box 16448
St. Paul, MN 55116-0448

US Department of Education
PO Box 5609
Greenville TX 75403-5609

Wells Fargo Bank, National Association,
c/o Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
P.O. BOX 24605
West Palm Beach, FL 33416-4605

~~Wells Fargo Home Mortgage~~
~~PO Box 10335~~
~~Des Moines IA 50306-0335~~

~~James M. Wyman~~
~~PO Box 997~~
~~Mount Pleasant, SC 29465-0997~~

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO Box 982235
El Paso TX 79998-2235

MUSC Physicians
P.O. Box 600077
Raleigh NC 27675

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Ashley Towne Recreational Dept
P.O. Box 1693
Johns Island SC 29457-1693

(d)IRS
Centralized & Insolvency Operation
PO Box 7346
Philadelphia PA 19101-7346

(d)S.C. Department of Revenue
Bankruptcy Department
PO Box 12265
Columbia SC 29211-2265

(u)Wells Fargo Bank, N.A

End of Label Matrix
Mailable recipients    55
Bypassed recipients     4
Total                  59